# EXHIBIT 8

# AGREEMENT

This Agreement ("Agreement") is entered into and effective as of the 10th day of May, 2013 ("Effective Date") by and between Vivid Entertainment, LLC ("Vivid"), a California limited liability company, having a place of business located at 3599 Cahuenga Boulevard West, 4th Floor, Los Angeles, California and Vivid, LLC ("LLC"), a Florida limited liability company, having a place of business located at 2586 Palm Bay Rd., Palm Bay, Florida 32905.

## RECITALS

**WHEREAS**, Vivid is the exclusive owner of the federally registered trademark "VIVID" in connection with nightclub services, Registration No. 2475741 (the "Mark"); and

**WHEREAS**, LLC purchased an adult nightclub in 2011 located at 2586 Palm Bay Rd., Florida 32905 (the "Club"), bearing the trade name "Vivid Cabaret"; and

**WHEREAS**, LLC was unaware that use of Mark in connection with the Club violated Vivid's federally registered trademark.

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which is mutually acknowledged, LLC and Vivid, hereby agree as follows:

1. **Recitals.** Each of the foregoing recitals is a material part of this Agreement and is expressly incorporated by reference as though fully set forth herein.

2. **Discontinue Use of the Vivid Mark.**

    2.1 Within seven (7) [30] days of the Effective Date, LLC shall place a prominent notice on all internet advertising, promotion and marketing for the Club, including, but not limited to the LLC's Facebook page, identifying a forthcoming change of the Club trade name, such as "Coming Soon".

    2.2 Within thirty (30) [90] days of the Effective Date, LLC shall discontinue all use of the Mark and any term confusingly similar, on all internet advertising, promotion and marketing for the Club, including, but not limited to the LLC's Facebook page.

    2.3 Within ninety (90) days of the Effective Date, LLC shall discontinue all use of the Mark and any term confusingly similar for any nightclub or bar, specifically including strip clubs and gentlemen's clubs.

3. **Challenge to the Vivid Mark.** LLC shall not challenge, disparage, oppose, or take any action with respect to Vivid's rights in, to, or under Vivid's federally registered trademark "VIVID" in connection with nightclub services, Registration No. 2475741.

4. **Waiver of Claim for Damages.** Vivid agrees that it will not pursue any claim seeking damages against LLC regarding LLC's use of the Mark in connection with the Club *provided* LLC complies with the terms of this Agreement.

5. <u>Assignment</u>. LLC does hereby sell, assign and transfer unto Vivid the entire right, title, interest and goodwill in and to the name "Vivid", including all rights in and to the name "Vivid" (including all domain names containing the word "vivid") the LLC acquired in connection with the LLC's purchase of the Club.

6. <u>Governing Laws; Remedies</u>. This Agreement shall be construed and enforced under and in accordance with the laws of the United States and the State of California. If either party breaches this Agreement, the aggrieved party may seek money damages, injunctive relief, equitable relief, and the reasonable attorneys' fees incurred in enforcing the Agreement.

7. <u>Representations</u>. Each party warrants and represents that it has the authority to enter into this Agreement and that it is legally permitted to undertake the obligations imposed by this Agreement. Each party warrants and represents that, to the extent any third party consents are required for the performance of any obligation under this Agreement; it has obtained or shall obtain such consents.

8. <u>Full Agreement; Headings; Modification</u>. This Agreement constitutes the full and complete agreement between the Parties with respect to the subject matter hereof and supersedes any and all prior understandings, whether written or oral. The headings used in this Agreement are for convenience only and shall not be used to interpret this Agreement. This Agreement may be changed, modified, or amended only by an instrument in writing duly executed by both parties

9. <u>Waiver</u>. The failure of either party to insist upon strict performance of any obligation under this Agreement of the other party, irrespective of the length of time for which such failure continues, shall not be a waiver of its rights to demand strict compliance in the future. No consent or waiver, express or implied, by either party to or of any breach or default in the performance of any obligation hereunder by the other party shall constitute a consent or waiver to or of any other breach or default in the performance of the same or any other obligation hereunder.

10. <u>Counterparts; Binding Effect</u>. This Agreement may be executed by facsimile or electronic signature and in any number of counterparts, each of which shall be deemed an original and all of which will constitute one and the same instrument. This Agreement shall be binding upon and inure to the benefit of each party, and their respective heirs, successors, assigns, and legal representatives.

11. <u>Severability</u>. If any provision of this Agreement is found or held to be invalid or unenforceable, the meaning of said provision will be construed, to the extent feasible, so as to render the provision valid and enforceable, and if no feasible interpretation shall save such provision, it will be severed from the remainder of the Agreement, as appropriate. The remainder of this Agreement shall remain in full force and effect unless the severed provision is essential and material to the rights or benefits received by either party.

**IN WITNESS WHEREOF**, the parties have caused this Agreement to be executed by their duly authorized officers.

Vivid Entertainment, LLC

By: _____
William Asher
Its: co-manager

Vivid, LLC

By: _____
Its: MRG