# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

### Fort Myers Division

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC**, a California limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**J&B PB, LLC**, a Florida limited liability company, and **JOSE BASERVA**,<br><br>　　　　　　　　　Defendant. | Case No. 13-cv-00524-JES-DNF<br><br>**TRADEMARK INFRINGEMENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 4.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency. I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated:  August 5, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Paul D. Turner_____
　　　　　　　　　　　　　　　　　　　　Paul D. Turner, Esq. (0113743)
　　　　　　　　　　　　　　　　　　　　pturner@pbyalaw.com
　　　　　　　　　　　　　　　　　　　　Joshua B. Spector, Esq. (0584142)
　　　　　　　　　　　　　　　　　　　　jspector@pbyalaw.com
　　　　　　　　　　　　　　　　　　　　PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
　　　　　　　　　　　　　　　　　　　　200 South Andrews Ave. Suite 600
　　　　　　　　　　　　　　　　　　　　Ft. Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　　Telephone: (954) 566-7117
　　　　　　　　　　　　　　　　　　　　Facsimile: (954) 566-7115
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Vivid Entertainment, LLC*